**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 734 |
| | : | |
| ORDER AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 1930.4 OF THE PENNSYLVANIA RULES | : | |
| OF CIVIL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of June, 2022, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment at 51 Pa.B. 1131 (March 6, 2021):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1930.4 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective October 1, 2022.